ASC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>          v.<br><br>Joshua YEPES-Petriciolet (1),<br>Grisel PETRICIOLET-Martinez (2),<br><br>                              Defendants. | Case No.:  **2:25-mj-8541**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21, U.S.C., Secs. 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about June 22, 2025, within the Southern District of California, defendants, Joshua YEPES-Petriciolet and Grisel PETRICIOLET-Martinez, did knowingly and intentionally import 500 grams and more, to wit: approximately 120.36 kilograms (265.35 pounds), of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

CAROLINE E OCONNELL

Digitally signed by CAROLINE E OCONNELL
Date: 2025.06.23 09:29:58 -07'00'

_____
Special Agent Caroline O'Connell
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 23rd day of June, 2025.

_____
HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
      v.
Joshua YEPES-Petriciolet (1),
Grisel PETRICIOLET-Martinez (2).

## STATEMENT OF FACTS

On June 22, 2025, at approximately 4:08 P.M., Joshua YEPES-Petriciolet (YEPES) and Grisel PETRICIOLET-Martinez (PETRICIOLET), both citizens of Mexico, applied for entry into the United States at the Calexico, California, West Port of Entry vehicle lanes in a grey Nissan Sentra bearing Mexico License plates. YEPES was the driver of the vehicle and PETRICIOLET was the passenger.

CBPO Solis was assigned to vehicle primary lane #6. CBPO Solis received negative declarations from YEPES and PETRICIOLET. CBPO Solis asked both parties where they were going to which both YEPES and PETRICIOLET stated they were on the way to Burlington in El Centro.  CBPO Solis performed an inspection of the vehicle and referred the vehicle to secondary inspection.

While in the Vehicle Secondary lot, the vehicle was screened utilizing a mobile x-ray truck, which indicated anomalies on the floor of the driver and passenger sides of the vehicle. A further inspection of the vehicle resulted in the discovery of 181 plastic packages containing a crystal-like substance. The total weight of the packages was approximately 120.36 kg (265.35 pounds). A sample taken from one of the packages field-tested positive for the properties of methamphetamine. At approximately 8:30 p.m., Special Agent (SA) O'Connell and SA Fitch took custody of YEPES and PETRICIOLET at the Calexico, California West Port of Entry.

YEPES was advised of his Miranda Rights in Spanish which he agreed to answer questions without an attorney present. YEPES stated approximately one month ago, his ex-stepdad had gifted him this vehicle. Within the last two days, YEPES stated his friends at the mechanics shop he worked at took the vehicle to do work on it.

1   YEPES stated that he planned to drive the vehicle into the United States with
2   his mom. Upon arriving in the US, he was to get a phone call telling him where to
3   leave the vehicle. He and his mom would then return to Mexico on a motorcycle.
4   YEPES stated this was his first time driving a car north to leave in the US, but that
5   previously he has ridden his motorcycle into the US and left it to drive vehicles home
6   to Mexico. He stated he is paid $300 to do this. YEPES stated he was unaware there
7   were narcotics in the vehicle and his ex-stepdad gift it to him through a mutual friend.

8   PETRICIOLET was advised of her Miranda Rights in Spanish which she
9   agreed to answer questions without an attorney present. PETRICIOLET stated
10  approximately one to two months ago, her son had purchased this vehicle. Within the
11  last two days, PETRICIOLET stated she was unaware of anyone else having driven
12  the vehicle. PETRICIOLET stated that she planned to drive the vehicle into the United
13  States with her son. Upon arriving in the US, PETRICIOLET stated they were going
14  to Burlington in El Centro and out to lunch. PETRICIOLET stated they were then
15  going to drive the same vehicle home to Mexico. PETRICIOLET stated she was
16  unaware there were narcotics in the vehicle.

17  YEPES and PETRICIOLET were placed under arrest and charged with a
18  violation of Title 21, United States Code sections 952 and 960, Importation of a
19  Controlled Substance, and booked into the El Centro GEO Detention Center.

20

21

22

23

24

25

26

27

28